UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:98-CR-214-LDG-RJJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THOMAS DEETER ) | |
| ) | |
| Defendant. ) | |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#60) on June 25, 1999. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: TRAVELERS INSURANCE
Amount of Restitution: $113,000.00

**Total Amount of Restitution ordered: $113,000.00***

*Joint and Several with co-defendant David Lund

Dated this _3rd_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE